IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JASON BOYNTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>WILSON COMPANY, and RICHARD BILLS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. SA-20-CA-246-FB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME AND ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is plaintiff's Motion to Extend Time for Service of Original Complaint–Collective Action (docket no. 4) filed May 28, 2020. After careful consideration, the Court is of the opinion that the motion should be granted and this case should be administratively closed.

On February 28, 2020, plaintiff filed his Original Complaint–Collective Action against defendants Wilson Company and Richard Bills alleging violations of the Fair Labor Standards Act. Pursuant thereto counsel retained the services of A.P.S. Process Services to effectuate service of process on defendants Wilson Company and Richard Bills. Defendant Wilson Company's person designated to receive service of process is defendant Richard Bills. Since the filing of plaintiff's complaint, A.P.S. Process Services has diligently been attempting to locate and serve defendants Wilson Company and Richard Bills, but has been unable to do so after multiple attempts as evidenced by affidavits of the process servers. *See* (docket no. 4, Affidavits of Non-Service, Exhibit 1). The original date by which service has to be complete for defendants Wilson Company and Richard Bills was May 28, 2020. Plaintiff contends that the motion is made in good faith and not for the purpose of delay, and that defendants will not be harmed or prejudiced if this Court grants to relief requested herein. Plaintiff seeks a 90-day extension to serve process on defendants. Based on the foregoing, the Court finds the

plaintiff has shown good cause for the extension request and the motion should be granted. FED. R. CIV. P. 4(m). Pursuant to Rule 4(l)(1), plaintiff shall make proof of service to the Court once service is effected.

Because this case cannot move forward until service is completed, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.,* 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

Accordingly, IT IS HEREBY ORDERED that plaintiff's Motion to Extend Time for Service of Original Complaint–Collective Action (docket no. 4) is GRANTED such that plaintiff shall have, as requested, until **August 27, 2020,** to effectuate service of the summons and complaint on the defendants.

IT IS FURTHER ORDERED that the Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 29th day of May, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE