# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JASON BOYNTON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) CIVIL ACTION NO. SA-20-CA-246-FB |
| WILSON COMPANY, and RICHARD BILLS, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 16) filed by plaintiff and defendants in this case which was administratively closed on May 29, 2020. In their joint stipulation, the parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate to the dismissal with prejudice of this lawsuit.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of administrative closure (contained within docket no. 5) is LIFTED for the limited purpose of reopening this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 16), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 9th day of December, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE